SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
OSCAR VASQUEZ (1),
ELEAZAR RANGEL, III (2),
MICHAEL BENAVIDES (3),

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: SA-06-716M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **12/8/2006** (Date) in **Bexar** County, in the **Western** District of **Texas** defendant(s) did,

(Track Statutory Language of Offense)
Possession with Intent to Distribute More Than 100 Kilograms of Marijuana

in violation of Title **21** United States Code, Section(s) **841(b)(1)(B)**.

I further state that I am a(n) **Det. SAPD** (Official Title) and that this complaint is based on the following facts:

On 12/8/2006, Affiant and other narcotics investigators observed as OSCAR VASQUEZ, ELEAZAR RANGEL, III, and MICHAEL BENAVIDES removed numerous various bags and boxes from a trailer house in San Antonio and loaded it into a pickup truck parked outside the trailer house. Affiant had patrolmen stop the pickup as it drove away from the trailer house. Affiant examined the said bags and boxes and they contained about 190 kilograms of marijuana. The quantity of marijuana could only have been intended for distribution.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

John Dyer
Printed Name of Complainant

Sworn to before me and signed in my presence,

12/9/2006                                                                at    San Antonio            Texas
Date                                                                             City                   State

PAMELA MATHY           U.S. MAGISTRATE
Name of Judge          Title of Judge                                        Signature of Judge